*E-Filed 12/17/09*

1  CROWELL & MORING LLP
2  R. Scott Feldmann (SBN: 169230)
   rfeldmann@crowell.com
3  Thomas E. Dietrich (SBN: 254282)
   tdietrich@crowell.com
4  3 Park Plaza, 20th Floor
5  Irvine, California 92614-8505
   Telephone:  (949) 263-8400
6  Facsimile:   (949) 263-8414
7
   Attorneys for Plaintiff
8  E.I. du Pont de Nemours and Company
9
10
11            UNITED STATES DISTRICT COURT
12            NORTHERN DISTRICT OF CALIFORNIA
13
14 | E.I. DU PONT DE NEMOURS AND COMPANY, | CASE NO.: 09-cv-03523-RS |
   |---|---|
   | Plaintiff, | STIPULATED JUDGMENT AND ORDER OF DISMISSAL |
   | v. | |
   | STARBRITE, INC., WEST MARINE, INC. AND WEST MARINE PRODUCTS, INC., | |
   | Defendants. | |

STIPULATED JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

1  Plaintiff, E.I. du Pont de Nemours and Company ("DuPont") commenced this action by the filing if a Complaint against Defendants Star-Brite Distributing, Inc. ("Star-Brite"), West Marine, Inc. and West Marine Products, Inc. (collectively "West Marine") on July 29, 2009 with this Court alleging, in part, that Star-Brite and West Marine (collectively, "Defendants") had infringed upon and otherwise diluted DuPont's rights in the TEFLON® Mark. Now on consent of all and having agreed to the terms and conditions of this Stipulated Order, subject to the approval of the Court,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. As between the parties, DuPont is the exclusive owner of the name and mark TEFLON® and all variations thereon ("TEFLON® Mark").

2. Defendant Star-Brite acknowledges that it has used the TEFLON Mark without authorization from DuPont in violation of DuPont's rights in the mark.

3. Plaintiff DuPont shall have judgment and recover against Defendant Star-Brite in the agreed upon amount of $47,500 due and payable on or before December 31, 2009.

4. Defendant Star-Brite, its officers, directors, principals, agents, servants, affiliates, employees, attorneys, representatives, successors and assigns, and all those in privity or acting in concert or participation with Defendant, is hereby enjoined and restricted from directly or indirectly:

(a) Adopting, using, or displaying in any manner, or holding itself out as having rights to use, the TEFLON® Mark or any other name, mark or design confusingly similar to the TEFLON® Mark to designate, describe or refer to Star-Brite or in conjunction with any product or service, including any use on any private label products, and on the packaging, containers, point of sale displays and labels used in conjunction with any Star-Brite TEFLON® Branded Products, and including any use in conjunction with any Internet activities conducted by it or on its behalf such as any use as a domain name or in the text, graphics and hypertext metatags of any Internet website;

    (b) Selling, offering for sale, promoting, advertising, distributing or providing or offering to provide any goods or services in conjunction with the TEFLON® Mark or any other name, mark or design confusingly similar to the TEFLON® Mark, including any use in conjunction with any product, service or business activity, any use in signs, point of sale displays, advertising and promotional materials, brochures and price lists and similar materials and any use in conjunction with any Internet activities conducted by it or on its behalf including any use as a domain name or in the text, hidden text, graphics and hypertext metatags or as a content keyword in connection with any Internet website;

    (c) Requesting or inducing Internet search engines to display links to any websites operated by Star-Brite or other websites displaying or promoting Star-Brite's products when potential consumers using those search engines search for terms containing variations of the TEFLON® Mark or otherwise purchasing or making use of the TEFLON® Mark as a keyword on the Internet;

    (d) Claiming, representing or implying that any products sold or used by Star-Brite contain or are comparable or equivalent to genuine TEFLON® fluoropolymer products or ingredients or are otherwise approved or authorized by DuPont or manufactured or used in accordance with any standards established by DuPont for goods or services to be sold in conjunction with the TEFLON® Mark or claiming that such products use or incorporate the "slipperiest material in the world" or similar claims, incorporating the words slippery. Notwithstanding the above, Star-Brite may exhaust any inventory of products or materials it had in its possession as of December 1, 2009 that contain any such representations but any such representations must be removed from any website owned or operated by Star-Brite on or before December 31, 2009, and West Marine shall have the right and/or ability to sell through all of its inventory of products and/or materials containing such representations whenever acquired from Star-Brite.

    (e) Engaging in any course of conduct likely to cause confusion, deception or mistake or injure Plaintiff's business reputation or dilute the TEFLON® Mark or

appropriate the goodwill and reputation of the TEFLON® Mark or lead to the passing off of Defendant Star-Brites' products and services as TEFLON® products and services.

        (f)    The above-referenced injunctive relief does not apply to West Marine, however, the exclusion of West Marine does not authorize West Marine to commit the actions so listed except if and to the extent West Marine directly or indirectly through its other suppliers, is authorized by DuPont to use the TEFLON® Mark on product, service, signs, point of sale displays, advertising and promotional materials, brochures, price lists and similar materials and any use in conjunction with any Internet activities.

    5.    Defendants Star-Brite and West Marine shall not seek to register or maintain any registration for the TEFLON® Mark, or any confusingly similar variation thereon, in the United States Patent and Trademark Office or in any other federal, state or foreign registry for trademarks, service marks or business names.

    6.    Except as provided in Paragraph 4(d) above, Defendant Star-Brite is required to destroy all merchandise, packaging, labels, boxes, cartons, advertising, brochures, plates, molds, documents, advertising and promotional materials and other things in its possession or control, which refer to the TEFLON® Mark or any other name, mark or design confusingly similar to the TEFLON® Mark on or before December 31, 2009 and provide a written report to Plaintiff within five (5) business days thereafter confirming that this has been completed.

    7.    Except as provided in Paragraph 4(d) above, Defendant Star-Brite is required to cease all use of the TEFLON® Mark as of the date of entry of this Order.

    8    All parties shall bear their own costs.

    9.    This Court has jurisdiction over the parties and the subject matter of the instant action.

    10.    This action is hereby DISMISSED, WITH PREJUDICE, as against Defendants subject to their respective individual compliance with the terms of this Stipulated Judgment.

| | |
|---|---|
| By: _____<br>R. Scott Feldmann (SBN: 169230)<br>Thomas E. Dietrich (SBN: 254282)<br><br>CROWELL & MORING, LLP<br>rfeldmann@crowell.com<br>tdietrich@crowell.com<br>3 Park Plaza, 20th Floor<br>Irvine, California 92614-8505<br><br>Of Counsel:<br><br>Dickerson M. Downing<br>ddowning@crowell.com<br>Julia K. Smith<br>jksmith@crowell.com<br>Maranda W. Rosenthal<br>mrosenthal@crowell.com<br>590 Madison Avenue, 20th Floor<br>New York, New York 10022-2524<br>Telephone: (212) 223-4000<br><br>Attorneys for Plaintiff<br>E.I. du Pont de Nemours and Company | By: _____<br>Christopher Doyle (SBN: 190016)<br><br>JEFFER, MANGELS BUTLER & MARMARO LLP<br>cdoyle@jmbm.com<br>2 Embarcadero Center, 5th Floor<br>San Francisco, California 94111<br><br>Of Counsel:<br><br>BERGER SINGERMAN<br>Leonard K. Samuels<br>LSamuels@bergersingerman.com<br>Gregory A. Haile<br>ghaile@bergersingerman.com<br>350 East Las Olas Boulevard, Suite 1000<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 525-9900<br><br>Attorneys for Defendant<br>Star-Brite Distributing, Inc. |

By: _____
Pamela Fields
General Counsel:

WEST MARINE, INC.
pamf@westmarine.com
500 Westridge Drive
Watsonville, CA 95076
Telephone: (831) 761-4869

Attorney for Defendants
West Marine, Inc. and
West Marine Products, Inc.

IT IS SO ORDERED.

DATED: December 17, 2009

_____
Judge, United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December 2009, a true and correct copy of the foregoing document was served on counsel by electronic mail and first class mail to:

| | |
|---|---|
| Pam Fields, Esq.<br>General Counsel:<br>WEST MARINE, INC.<br>pamf@westmarine.com<br>500 Westridge Drive<br>Watsonville, CA 95076 | Leonard K. Samuels, Esq.<br>BERGER SINGERMAN<br>LSamuels@bergersingerman.com<br>350 East Las Olas Boulevard, Ste 1000<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 525-9900 |

                                                                        /s/ Thomas E. Dietrich  .
                                                                        Thomas E. Dietrich

NYIWDMS: 11395089_1